# EXHIBIT B



*Office of Intelligence and Analysis*
**U.S. Department of Homeland Security**
Washington, DC 20528

February 10, 2023

<u>**SENT VIA E-MAIL TO: cody@bordc.org**</u>

Rebecca Bloomfield
Defending Rights & Dissent
3453 14th Street NW, #5
Washington, DC  20010

Re:  **Freedom of Information Act Request 2023-IAFO-00170**

Dear Requester Bloomfield,

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Office of Intelligence and Analysis (I&A), dated February 8, 2023, and received on February 8, 2023. You requested:

"All documents maintained or created by Department of Homeland Security mentioning or referencing:
● "Stop Cop City"
● "Defend the Atlanta Forest"

All communications between the Department of Homeland Security, the Georgia Information Sharing and Analysis Center mentioning or referencing:
● "Stop Cop City"
● "Defend Atlanta Forest"

All communications between the Department of Homeland Security and the Georgia Bureau of Investigation mentioning or referencing:
● "Stop Cop City"
● "Defend Atlanta Forest"

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt. Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances under 6 C.F.R. Part 5 § 5.5(c).  As your request seeks documents that will require a thorough and wide-ranging search, DHS will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.   If you would like to narrow the scope of

your request, please contact our office. We will make every effort to comply with your request in a timely manner.

We are presently processing your request. If any responsive records are located, they will be reviewed for determination of whether any can be released. Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number **2023-IAFO-00170.** Please refer to this identifier in any future correspondence. The status of your FOIA request is now available online and can be accessed at: https://www.dhs.gov/foia-status, by using this FOIA request number. Status information is updated daily. Alternatively, you can download the DHS eFOIA Mobile App, the free app is available for all Apple and Android devices. With the DHS eFOIA Mobile App, you can submit FOIA requests or check the status of requests, access all of the content on the FOIA website, and receive updates anyplace, anytime.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at I&AFOIA@HQ.DHS.GOV.

Sincerely,

*Meekia W.*

Meekia W.
Assistant FOIA Officer