# EXHIBIT C

**U.S. Department of Homeland Security**
**Office of Intelligence and Analysis**
Washington, DC 20528



April 24, 2023

**SENT VIA E-MAIL TO: Cody@RightsAndDissent.org**

Cody Bloomfield
Defending Rights & Dissent
1325 G St NW, Suite 500
Washington, DC 20005

Re:  **Freedom of Information Act Request 2023-IAFO-00239**

Dear Requestor Bloomfield:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Office of Intelligence and Analysis (I&A) dated April 24, 2023 and received in this office on April 24, 2023.  You requested:

"Pursuant to the Freedom of Information Act, we request all documents maintained or created by Department of Homeland Security dating February 14, 2023, to April 5, 2023, mentioning or referencing: ● "Stop Cop City" ● "Defend the Atlanta Forest" ● Protests against the planned Atlanta Public Safety Training Center in DeKalb County, Georgia. All communications between the Department of Homeland Security, the Georgia Information Sharing and Analysis Center dating February 14, 2023, to April 5, 2023, mentioning or referencing: ● "Stop Cop City" ● "Defend the Atlanta Forest" ● Protests against the planned Atlanta Public Safety Training Center in DeKalb County, Georgia. All communications between the Department of Homeland Security and the Georgia Bureau of Investigation dating February 14, 2023, to April 5, 2023, mentioning or referencing: ● "Stop Cop City" ● "Defend the Atlanta Forest" ● Protests against the planned Atlanta Public Safety Training Center in DeKalb County, Georgia. Any part of this request is separable."

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt. Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances under 6 C.F.R. Part 5 § 5.5(c).  As your request seeks documents that will require a thorough and wide-ranging search, DHS will invoke a 10-day extension for your request pursuant to 6 C.F.R. Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office.  We will make every effort to comply with your request in a timely manner.

We are presently processing your request.  If any responsive records are located, they will be reviewed for determination of whether any can be released.   Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible.  We appreciate your patience as we proceed with your request.

Your request has been assigned request number **2023-IAFO-00239**.  Please refer to this identifier in any future correspondence.  The status of your FOIA request is now available online and can be accessed at: https://www.dhs.gov/foia-status, by using this FOIA request number. Status information is updated daily.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at I&AFOIA@HQ.DHS.GOV.
.

Sincerely,

*Nora M King*
Nora M King
Assistant FOIA Officer