# EXHIBIT D



Cody Bloomfield <cody@bordc.org>

---

## Number of pages and estimated date of completion
1 message

---

**Cody Bloomfield** <cody@bordc.org>  Tue, Sep 19, 2023 at 4:20 PM
To: i&afoia@hq.dhs.gov

Hello,

I would like to request an estimated number of pages and date of completion for FOIA request 2023-IAFO-00170, submitted in February.

Thank you!
Best,

--

**Cody Bloomfield**
Communications Director
Defending Rights & Dissent
they/them/theirs