# EXHIBIT E



Fish & Richardson P.C.
1180 Peachtree Street, NE
21st Floor
Atlanta, GA 30309

404 892 5005 main
404 892 5002 fax

**Charles N. Reese, Jr.**
Principal
creese@fr.com
404 724 2782  direct

Office of Intelligence and Analysis
U.S. Department of Homeland Security
Washington, DC 20528

*Sent via email to:* **I&AFOIA@HQ.DHS.GOV**

January 4, 2024

**Re: Freedom of Information Act Requests 2023-IAFO-00170 and 2023-IAFO-00239**

Dear Sir or Madam:

We write on behalf of our clients Defending Rights & Dissent ("DRAD") and Project South. On February 8, 2023, Cody Bloomfield of DRAD submitted a Freedom of Information Act request (2023-IAFO-00170) that sought certain documents maintained or created by the Department of Homeland Security ("DHS" or the "Department") relating to the "Stop Cop City" / "Defend the Atlanta Forest" movement. On February 10, 2023, DHS acknowledged receipt of the request and stated that it was being processed.

On April 24, 2023, DRAD and Project South submitted a subsequent request that sought similar documents from a particular time period (2023-IAFO-00239). That same day, DHS acknowledged receipt of this second request and stated that it was being processed.

Both communications from DHS acknowledge that the Department must respond to such requests within 20 business days, or at most within 30 business days upon invoking a 10-day extension. *See* 6 C.F.R. Part 5 § 5.6(c); 6 C.F.R. Part 5 § 5.5(c); 5 U.S.C. § 552(a)(6)(A)(i); 5 U.S.C. § 552(a)(6)(B)(i).

Despite these statutory and regulatory time limits, which expired no later than June 6, 2023, DHS has yet to respond to either request. Nor has DHS responded to M. Bloomfield's attempts to obtain an update on the requests.



DHS Office of Intelligence and Analysis
January 4, 2024
Page 2

In the hope of avoiding unnecessary litigation on this matter, we ask that you please provide, by January 12, 2024, an estimate of when DHS expects to respond to these Requests. Please also direct future correspondence to ProjectSouth-StopCopCity-Service@fr.com.

Sincerely,

*Charles N. Reese, Jr.*

Charles N. Reese, Jr.
Fish & Richardson P.C.