# EXHIBIT J

To whom it may concern,

I am appealing a determination in FOIPA Request No.: 1585154-000/1585154-001. This request was filed on behalf of myself and Defending Rights & Dissent on February 13, 2023. In response to a section of the FOIPA request querying documents mentioning or referencing Stop Cop City, the FBI claimed exemption from disclosure pursuant to 5 U.S.C. § 552(b)(7)(A):

> records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ... could reasonably be expected to interfere with enforcement proceedings…

On March 23, 2023, the FBI released 14 pages determined to be responsive to the request on the subject of Stop Cop City. Some of the pages included the phrase "Stop Cop City" verbatim. I have attached these determinations and documents. As the records only pertained to Chicago, I requested that the FBI conduct a broader search for responsive records. On May 23, 2023, the FBI determined that other requested material "is located in an investigative file which is exempt from disclosure."

A FOIA guide published in 2004 by the Department of Justice clarified that:

> "Determining the applicability of this Exemption 7 subsection thus requires a two-step analysis focusing on (1) whether a law enforcement proceeding is pending or prospective, and (2) whether release of information about it could reasonably be expected to cause some articulable harm. The courts have held that the mere pendency of enforcement proceedings is an inadequate basis for the invocation of Exemption 7(A); the government must also establish that some distinct harm could reasonably be expected to result if the record or information requested were disclosed."

While there are pending law enforcement proceedings in Georgia, it is not clear that disclosure of every Stop Cop City file would cause some articulable harm. As with the Chicago Stop Cop City documents, files compiled on Stop Cop City may include general advisory documents, information about events in which no illegal conduct took place, and/or other materials for which disclosure would not impact investigation.

I am appealing the determination made on May 23, 2023 to deny release of further records according to Exemption 7(A). I request reexamination of Stop Cop City documents to determine whether certain documents within the file could be released.