# EXHIBIT N



**U.S. Department of Justice**
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

Rebecca Bloomfield
Defending Rights & Dissent
1325 G Street NW
Suite 500
Washington, DC  20005

cody@rightsanddissent.org

October 17, 2023

Re: Appeal Nos. A-2023-01909; A-2023-01924
Request No. 1585154-000

**VIA: Email**

Dear Rebecca Bloomfield:

     You appealed from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act request for access to records concerning Stop Cop City.  I note that your appeal concerns the full denial of your request based on a pending law enforcement investigation.

     After carefully considering your appeal, I am affirming the FBI's action on your request. The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  The FBI properly withheld this information in full because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(A) and it is reasonably foreseeable that disclosure of this information would harm the interests protected by this provision.  This provision concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

     Regarding A-2023-01924, by letter dated August 29, 2023, this Office informed you that your additional appeal from your FOIA request for the above-referenced records had been received by this Office and would be assigned for adjudication under Appeal No. A-2023-01924.  However, this Office subsequently learned that your appeal file was a duplicate of Appeal No. A-2023-01909, which has been adjudicated with this response.  In light of these circumstances, I am administratively closing Appeal No. A-2023-01924 in this Office.

     Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and

analyzed your appeal, your underlying request, and the action of the FBI in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling (202) 514-3642.

    Sincerely,

    *Matthew Hurd*
X_____
    Matthew Hurd,
    Chief, Administrative Appeals Staff